UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff<br><br>v.<br><br>SHIMMICK CORPORATION d/b/a SHIMMICK CONSTRUCTION CO., INC.<br><br>Defendant | )<br>)<br>)   Case No. 1:24-cv-00323-TRM-chs<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF INTENT TO UTILIZE MEDIATION**

The parties hereby give notice of their intent to mediate this matter. The parties have selected the following individual to conduct the mediation. All dispute resolution services will be provided on a contract basis for a specified rate, to be arranged with and paid directly to the mediator.

Name: Carl I. Jacobson

Address: c/o Burch, Porter & Johnson, PLLC

130 North Court Avenue, Memphis, TN 38103

Phone: (901) 524-5138

E-mail: cjacobson@bpjlaw.com

The parties were referred to the Federal Mediation Program by:

Attorney ✓        Other ☐ (please specify below)

Judge ☐

_____

Date:
March 6, 2026

Printed name of attorney for one of the parties:

Gary Sullivan

Signature of attorney for one of the parties:

*Gary Sullivan*