## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

SHIMMICK CORPORATION d/b/a
SHIMMICK CONSTRUCTION COMPANY,
INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:24-cv-00323-TRM-CHS

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Rule 56, Defendant Shimmick Construction Company, Inc., by and through counsel, hereby moves for summary judgment in its favor, dismissing entirely the only claim asserted by Plaintiff Equal Employment Opportunity Commission. In support of this Motion, Defendant states as follows:

The EEOC brings a single claim of retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a). The EEOC alleges Defendant retaliated against Lindsey M. Potts by reassigning her to a temporary night shift position because she participated in an earlier internal investigation and allegedly opposed discriminatory practices. The EEOC also attempts to base its retaliation claim on an alleged constructive discharge.

The EEOC's claim fails because it cannot establish Potts engaged in activity protected by Title VII, and even if it could, Shimmick has articulated a legitimate, non-retaliatory reason for the temporary night shift assignment that the EEOC cannot show to be pretextual. Further, the EEOC cannot prove Potts was constructively discharged.

1

Since there are no genuine issues of material fact as to the EEOC's claim, summary judgment is proper.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum in Support, and all of the record evidence cited therein, Defendant Shimmick Construction Company respectfully requests that the Court grant its Motion, dismiss the EEOC's First Amended Complaint in its entirety, with prejudice, and award Defendant such other and further relief as is deemed proper.

Respectfully submitted,

*/s/ Luci L. Nelson*
William S. Rutchow, TN #17183
Morgan T. Cage, TN #042357
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
william.rutchow@ogletree.com
morgan.cage@ogletree.com

Luci L. Nelson, TN #36354
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street
Greenville, SC 29601
Telephone: 864-271-1300
luci.nelson@ogletree.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 15th of June 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Donnie Allen Snow
Faye A. Williams
Equal Employment Opportunity Commission
OGC – Memphis District Office
200 Jefferson Ave., Ste 1400
Memphis, TN 38111
Telephone: 901-685-4644
donnie.snow@eeoc.gov
faye.williams@eeoc.gov

Gary Sullivan
James Monroe Scurlock
Equal Employment Opportunity Commission
820 Louisiana St., Ste 200
Little Rock, AR 72201
Telephone: 501-900-6145
gary.sullivan@eeoc.gov
james.scurlock@eoc.gov

*/s/ Luci L. Nelson*

3