**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | Case No. 1:24-cv-323 |
| | ) | |
| *Plaintiff*, | ) | Judge Travis R. McDonough |
| | ) | |
| v. | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| SHIMMICK CORPORATION, *d/b/a* SHIMMICK CONSTRUCTION COMPANY, INC., | ) ) ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, this action is

**DISMISSED WITH PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
*/s/ LeAnna R. Wilson*
**CLERK OF COURT**